

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-15-00218-CV

David **GOAD,**
Appellant

v.

Eric **STREY** and Does 1 through 10,
Appellees

No. 04-15-00219-CV

David **GOAD,**
Appellant

v.

Jamie **OSBORNE**
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0392 and 2014-CV-0393
Honorable Robin V. Dwyer, Judge Presiding

## O R D E R

Appellant's brief was due July 20, 2015. Neither the brief nor a motion for extension of time has been filed.

We **order** appellant to file, **by August 3, 2015,** his appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss these appeals for want of prosecution. *See* Tex. R. App. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.



Keith E. Hottle
Clerk of Court